United States District Court
Southern District of Texas
**ENTERED**
May 10, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| JESUS MEDINA, | § § § | |
| Plaintiff | § § | |
| VS. | § § | C.A. CASE NO. 7:19-cv-00061 |
| QUICKEN LOANS, INC., | § § § | |
| Defendant | § | |

## ORDER

Upon consideration of Jesus Medina's and Quicken Loans Inc.'s Joint Motion to Stay Proceedings Pending Arbitration, and finding that it should be granted, it is

ORDERED that the Motion be and it hereby is GRANTED; and it is further

ORDERED that all proceedings in this matter are hereby stayed pending the completion of the arbitration proceedings. *The Parties are to promptly notify the Court upon said completion.*

SIGNED: ____May 10____, 2019, at McAllen, Texas.

_____
Ricardo H. Hinojosa
United States District Judge