# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | |
|---|---|
| JESUS MEDINA, | |
| Plaintiff, | Case No. 7:19-cv-00061 |
| v. | Honorable Judge Ricardo H. Hinojosa |
| QUICKEN LOANS, INC., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES JESUS MEDINA ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd., and, in support of their Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, QUICKEN LOANS, INC., with prejudice. Each party shall bear its own costs and attorney fees.

Dated: January 22, 2020                                         Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim Esq.
Federal I.D. 3098183
*Counsel for Plaintiff*
Admitted in the Southern District of Texas
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 22, 2020 a true and correct copy of the above and foregoing document was filed with the Court and served on all parties requested electronic notification.

/s/ Nathan C. Volheim
Nathan C. Volheim Esq.